# Exhibit A

|    | Literary Work Name | Copyright Registration # | Copyright Registration Date | Album Name |
|----|---|---|---|---|
| 1  | Nicky Lenin | TX0000463867 | 01/25/1980 | Reality… What a Concept |
| 2  | Pop Goes the Weasel | TX0000463867 | 01/25/1980 | Reality… What a Concept |
| 3  | Kindergarten of the Stars | TX0000463867 | 01/25/1980 | Reality… What a Concept |
| 4  | A Touch of Fairfax | TX0000463867 | 01/25/1980 | Reality… What a Concept |
| 5  | Reverend Earnest Angry | TX0000463867 | 01/25/1980 | Reality… What a Concept |
| 6  | Shakespeare (A Meltdowner's Nightmare) | TX0000463867 | 01/25/1980 | Reality… What a Concept |
| 7  | Tank You, Boyce | TX0000463867 | 01/25/1980 | Reality… What a Concept |
| 8  | Roots People | TX0000463867 | 01/25/1980 | Reality… What a Concept |
| 9  | Hollywood Casting Session | TX0000463867 | 01/25/1980 | Reality… What a Concept |
| 10 | Come Inside My Mind | TX0000463867 | 01/25/1980 | Reality… What a Concept |
| 11 | Grandpa Funk | TX0000463867 | 01/25/1980 | Reality… What a Concept |
| 12 | Opening | PA0000311983 PAU000904507 | 10/27/1986 | An Evening at the Met |
| 13 | Ballet | PA0000311983 PAU000904507 | 10/27/1986 | An Evening at the Met |
| 14 | Alcohol | PA0000311983 PAU000904507 | 10/27/1986 | An Evening at the Met |
| 15 | Marijuana | PA0000311983 PAU000904507 | 10/27/1986 | An Evening at the Met |
| 16 | Cocaine | PA0000311983 PAU000904507 | 10/27/1986 | An Evening at the Met |
| 17 | Cops | PA0000311983 PAU000904507 | 10/27/1986 | An Evening at the Met |
| 18 | Reagan | PA0000311983 PAU000904507 | 10/27/1986 | An Evening at the Met |
| 19 | Khadafi | PA0000311983 PAU000904507 | 10/27/1986 | An Evening at the Met |
| 20 | Spring | PA0000311983 PAU000904507 | 10/27/1986 | An Evening at the Met |
| 21 | Men's Parts | PA0000311983 PAU000904507 | 10/27/1986 | An Evening at the Met |

# Exhibit A

| 22 | Lust | PA0000311983 PAU000904507 | 10/27/1986 | An Evening at the Met |
|---|---|---|---|---|
| 23 | Dr. Roof | PA0000311983 PAU000904507 | 10/27/1986 | An Evening at the Met |
| 24 | Pregnancy | PA0000311983 PAU000904507 | 10/27/1986 | An Evening at the Met |
| 25 | Childbirth | PA0000311983 PAU000904507 | 10/27/1986 | An Evening at the Met |
| 26 | Childhood | PA0000311983 PAU000904507 | 10/27/1986 | An Evening at the Met |
| 27 | …And the Future | PA0000311983 PAU000904507 | 10/27/1986 | An Evening at the Met |